**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| BOILERMAKER-BLACKSMITH NATIONAL PENSION TRUST and JOHN FULTZ as a Fiduciary of the BOILERMAKER-BLACKSMITH NATIONAL PENSION TRUST,<br><br>        Plaintiffs,<br><br>vs.<br><br>ABACUS PROJECT MANAGEMENT INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 2:19-cv-02384<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF VOLUNTARY DISMISSAL OF CIVIL ACTION**

TO: CLERK OF COURT

Plaintiffs, the Boilermaker-Blacksmith National Pension Fund, et al., hereby file this Notice of Voluntary Dismissal of Civil Action, as follows:

1. Plaintiffs initiated this civil action on July 15, 2019.

2. Plaintiffs now wish to dismiss this action, without prejudice.

3. Federal Rule of Civil Procedure 41(a)(1)(A)(i) states that a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.  Fed.R.Civ.P. 41(a)(1)(A)(i).

4. To date, the above-captioned Defendant has not served an answer or a motion for summary judgment.

5. Accordingly, pursuant to Rule 41(a)(1)(A)(i), Plaintiffs may dismiss this action without a court order.

6. Plaintiffs' dismissal of this action is without prejudice.

7. Because the action is dismissed without prejudice, Plaintiffs respectfully request that it be marked closed.

        **TUCKER ARENSBERG, P.C.**

        */s/ Neil J. Gregorio*
        Neil J. Gregorio, Esquire
        KS Id. No. 28000
        PA Id. No. 90895

        1500 One PPG Place
        Pittsburgh, PA  15222
        (412) 566-1212

        Counsel for the Plaintiffs, Boilermaker-Blacksmith National Pension Fund, et al.

TADMS:5189386-1 032403-182322